FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
NOV 1 2018
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANDRE L. DAVIS,

Defendant.

Case No.: 8:18 CB10

Violation No.: 6253472 NE 22

**ORDER TO APPEAR**

You are ordered to appear for your next court hearing on November 27, 2018 at 9:00 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this 1st day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

11-1-18
Date

*Andre Davis*
Defendant